# The Ryder Law Firm, LLC
2701 Univ. Ave. SE, Suite 209 • Minneapolis, MN 55414 • 612.424.3770 • email@theryderlawfirm.com

February 16, 2012

via ECF only

Arthur J. Boylan
Chief Magistrate Judge
United States District Court
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:  **Notice of Settlement**
*Finnell v. Brachfeld Law Group, et al.*
USDC Minn Ct. file no. 11-cv-2599 (SRN/AJB)

Dear Magistrate Judge Boylan :

This letter is to advise you that the above-referenced matter has been resolved between the parties. The parties will seasonably file a Stipulation/Notice of Dismissal and forward a proposed Order in this case.

The resolution anticipates that the Court will retain continuing jurisdiction over the parties and the matter for the sole purpose of enforcing the terms of resolution reached between the parties.

Regards,

Randall P. Ryder
randall@theryderlawfirm.com

Cc:   M. Poncin (via e-mail), S. Doerr (via e-mail), J. Aust (via e-mail)