## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Susan Finnell,

              Plaintiff,

v.

The Brachfeld Law Group, P.C.,
Robert Doe and Does 2-10,

              Defendants.

Civil Case No. 11-2599 (SRN/AJB)

**ORDER OF DISMISSAL**

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March 16, 2012

                                             s/Susan Richard Nelson
                                             Susan Richard Nelson
                                             United States District Judge